THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Paul Laird Appellant.
 
 
 

Appeal from Aiken County
Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No. 2008-UP-522
Submitted September 2, 2008  Filed
 September 9, 2008    
AFFIRMED

 
 
 
 Appellate Defender Katherine H. Hudgins, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Director, Attorney Amy L. Clifford, all of Columbia; and Solicitor Barbara R.
 Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Paul Laird appeals his
 conviction for second-degree criminal
 sexual conduct with a minor, contributing to the delinquency of a minor, and
 committing a lewd act upon a child.  Laird argues the trial
 court erred in refusing to let him testify about an argument between him and
 the victim regarding the victims dating a twenty-four-year-old man.   Laird contends the testimony was
 admissible pursuant to Rule 608(c) of the South Carolina Rules of Evidence.  We
 affirm[1] pursuant to Rule 220(b), SCACR, and the following authority: State v. Adams,
 354 S.C. 361, 380, 580 S.E.2d 785, 795 (Ct. App. 2003) (holding arguments not
 raised to or ruled upon by the trial court are not preserved for appellate
 review, and a defendant may not argue one ground below and another on appeal).
AFFIRMED.
HEARN, C.J., HUFF and GEATHERS, JJ., concur.

[1] Because oral argument would not aid the court in
 resolving the issues on appeal, we decide this case without oral argument pursuant
 to Rule 215, SCACR.